IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE OCTAVIO-PEREZ | : | CIVIL ACTION |
| v. | : | |
| CHRISTOPHER PROVENZANO, ET AL. | : | NO. 09-3987 |

FILED

OCT 16 2009

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

M E M O R A N D U M

O'NEILL, J.                                          OCTOBER 15, 2009

      Plaintiff, an inmate at the United States Penitentiary-Lee, has filed a motion to proceed in forma pauperis, and a pro se 42 U.S.C. § 1983 civil rights action in which he alleges that he was assaulted and injured while being arrested by the defendants, who are New Jersey State Police Officers.

      For the reasons outlined below, this Court will grant plaintiff temporary in forma pauperis status for the sole purpose of filing this action in this Court. The action will then be transferred to the United States District Court for the District of New Jersey for consideration of plaintiff's complaint and his motion to proceed in forma pauperis.

      Venue for actions under 42 U.S.C. § 1983 is governed by 28 U.S.C. § 1391(b), which provides that this action may be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought."

Plaintiff alleges that the actions giving rise to this complaint occurred in the State of New Jersey. Because plaintiff does not allege that his claims arose in the Eastern District of Pennsylvania, or that any defendant in this action resides in the Eastern District of Pennsylvania, venue is improper in this judicial district. When venue is improper, as in this case, the Court may, in the interests of justice, transfer the case to a district court in which it could have been brought. 28 U.S.C. § 1406(a). Under the facts set forth in the complaint, this case could have been brought in the United States District Court for the District of New Jersey.

Pursuant to 28 U.S.C. § 1406(a), the Court will transfer this case to the United States District Court for the District of New Jersey.

An appropriate order follows.