IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSE OCTAVIO PEREZ  :  CIVIL ACTION
  :
v.  :
  :
CHRISTOPHER PROVENZANO, ET AL.  :  NO. 09-3987

FILED
OCT 16 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

O R D E R

AND NOW, this 15 day of October, 2009, it is ORDERED as follows:

1. Temporary leave to proceed in forma pauperis is GRANTED for the sole purpose of filing this action in this Court;

2. The Clerk of Court shall TRANSFER this action to the United States District Court for the District of New Jersey along with a certified copy of the docket, and all papers and the file in this matter; and

3. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

_____
THOMAS N. O'NEILL, JR., J.